Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| AF HOLDINGS LLC, | ) | **No. C-12-04221 HRL** |
| | ) | |
| Plaintiff, | ) | **PLAINTIFF'S DECLINATION TO** |
| v. | ) | **PROCEED BEFORE A UNITED** |
| | ) | **STATES MAGISTRATE JUDGE AND** |
| JOHN DOE, | ) | **REQUEST FOR REASSIGNMENT TO** |
| | ) | **A UNITED STATES DISTRICT JUDGE** |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S DECLINATION TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT
TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

//

//

Respectfully Submitted,

                                          AF HOLDINGS LLC,

**DATED: August 15, 2012**

                              By:      /s/  Brett L. Gibbs, Esq.

                                    Brett L. Gibbs, Esq. (SBN 251000)
                                    Of Counsel to Prenda Law Inc.
                                    38 Miller Avenue, #263
                                    Mill Valley, CA 94941
                                    blgibbs@wefightpiracy.com

                                    *Attorney for Plaintiff*