**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AF HOLDINGS

        Plaintiff(s),                         No. 12-04221 SC (EDL)

    v.                                     NOTICE OF REFERENCE

JOHN DOE

        Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

      The above matter has been referred to Magistrate Judge Elizabeth Laporte for consideration of the Plaintiff's Ex Parte Application for Leave to Take Expedited Discovery and all further discovery matters.

LAW AND MOTION HEARING PROCEDURES

      All filings of documents relating to motions referred to Magistrate Judge Laporte shall list the civil case number and the District Court Judge's initials followed by the designation "(EDL)".

      Except as noted above, all documents shall be filed in compliance with Civil Local Rules 7-2 through 7-5. Documents not filed in compliance with those rules will not be considered by the Court.

      If documents are filed electronically, courtesy copies shall be provided in accordance with Civil Local Rule 5-1(e)(7).

      Any party seeking an award of attorney's fees or other expenses in connection with this motion shall file a motion in accordance with Civil Local Rule 37-3.

Dated: September 17, 2012

                                                    _____
                                                    ELIZABETH D. LAPORTE
                                                    United States Magistrate Judge