Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS LLC,                                  )<br>                                                           )<br>              Plaintiff,                                   )<br>      v.                                                       )<br>                                                           )<br>ANDREW MAGSUMBOL,                        )<br>                                                           )<br>              Defendant.                                )<br>_____ ) | **No. 3:12-cv-04221-SC**<br><br>**PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO CONTINUE CASE MANAGEMENT CONFERENCE** |

**PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO CONTINUE CASE MANAGEMENT CONFERENCE**

Plaintiff AF Holdings LLC, by and through its undersigned counsel, and pursuant to Northern District of California Local Rule (hereinafter "L.R.") 7-11, hereby moves this Court for administrative relief for an order continuing the Case Management Conference for good cause. Per the Clerk's Notice Setting Case Management Conference, the CMC is scheduled for December 7, 2012. (ECF No. 7.) As explained in Plaintiff's most recent Case Management Conference Statement, Plaintiff has just (on December 6, 2012) named the Defendant in this case as Andrew Magsumbol. (*See* ECF No. 12.) As such, Plaintiff awaits the issuance of the summons which Plaintiff will mail to the Court, and to thus be able to effectuate service upon Andrew Magsumbol.

At this juncture, Plaintiff believes that, in light of the above, a case management conference is premature; there is nothing substantive to report at this time outside of the matters discussed herein. Without Defendant's involvement in this case, such a hearing would be a waste of the Court's time and resources.

1    For these reasons, Plaintiff respectfully requests that this Court continue the CMC to **Friday,**

2  **January 25, 2013, at 10:00 a.m.,** or to a later date that is in accordance with this Court's schedule.

3

4                                              Respectfully Submitted,

5                                              PRENDA LAW INC.,

6

7  **DATED: December 6, 2012**

8                                   By:      ____/s/  Brett L. Gibbs, Esq._____

9                                              Brett L. Gibbs, Esq. (SBN 251000)
                                               Of Counsel for Prenda Law Inc.
10                                             38 Miller Avenue, #263
                                               Mill Valley, CA 94941
11                                             blgibbs@wefightpiracy.com
                                               *Attorney for Plaintiff*
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 6, 2012, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system, in compliance with Local Rule 5-6 and General Order 45.

/s/ Brett L. Gibbs_____
Brett L. Gibbs, Esq.

PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE INITIAL CMC          No. 3:12-cv-04221-SC