IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AF HOLDINGS LLC,                                                No. C-12-4221-SC

        Plaintiff(s),

  v.                                                                              Clerk's Notice

ANDREW MAGSUMBOL,

        Defendant(s).
                                                  /

Plaintiff is required to serve this notice on any party that has not yet appeared in this action.

YOU ARE NOTIFIED THAT the Court has rescheduled the **Case Management Conference** scheduled for **Friday, December 7, 2012** before the Honorable Samuel Conti. The conference has been reset for **Friday, February 8, 2013, at 10:00 a.m.** Parties are to file one Joint Case Management Conference Statement seven days prior to the conference.

Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: December 6, 2012                               FOR THE COURT,
                                                                          Richard W. Wieking, Clerk
                                                                          By:  T. De Martini
                                                                                  Courtroom Deputy