Brett L. Gibbs, Esq. (SBN 251000)
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Withdrawing Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS LLC, ) | No. 3:12-cv-04221-SC |
| ) | |
| Plaintiff, ) | **MOTION FOR WITHDRAWAL** |
| v. ) | **OF COUNSEL** |
| ) | |
| ANDREW MAGSUMBOL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**MOTION FOR WITHDRAWAL**

Brett L. Gibbs, counsel for Plaintiff AF Holdings LLC ("Plaintiff"), hereby moves the Court pursuant to Northern District of California Local Rule ("L.R.") 11-5, for an order permitting him to withdraw as counsel of record for Plaintiff in this action.

As grounds for this Motion, I, Brett L. Gibbs, declare as follows:

1. I, Brett L. Gibbs, have been counsel for Plaintiff, AF Holdings LLC, since the commencement of the action.

2. Mr. Paul Duffy entered his appearance in this case on behalf of Plaintiff on January 30, 2013. Mr. Duffy has a California Bar license and has been admitted to the Court in the Northern District of California.

3. As mutually agreed upon by AF Holdings LLC, through its CEO, Mark Lutz, as of March 1, 2013, I will no longer be representing and/or advising AF Holdings LLC in any of its cases anywhere, nor will I be an employee of Livewire Holdings LLC. I

will not be practicing copyright law in the foreseeable future, will be moving into a different practice, and will be unable to actively litigate this case while in that other practice.

4. I recently consulted with Prenda Law Inc., through its principal, Paul Duffy, as well as the CEO of AF Holdings LLC, Mark Lutz, about my withdrawing as counsel in this specific case. We all agreed that my withdrawal would be best for myself, the firm, Plaintiff and all other parties involved in this suit.

5. As per my agreement with Prenda Law Inc. and AF Holdings LLC, I will no longer be getting paid any fees (and/or any other monies) past March 1, 2013. In other words, if I am required to remain on this case, I will be forced to do so without payment/compensation.

6. I have advised AF Holdings LLC, through its CEO Mark Lutz, pursuant to Local Rule 11-5, of the following: "When withdrawal by an attorney from an action is not accompanied by simultaneous appearance of substitute counsel or agreement of the arty to appear *pro se*, leave to withdraw may be subject to the condition that papers may continue to be served on counsel for forwarding purposes (or on the Clerk, if the Court so directs), unless and until the client appears by other counsel or pro se." I have also advised AF Holdings LLC, through its CEO Mark Lutz, that the company cannot proceed pro se, and thus must find California counsel to represent it in this case.

7. AF Holdings LLC, through its CEO Mark Lutz, has agreed to actively look for California counsel that can appear on its behalf in this case.

8. I emailed Nicholas Ranallo—counsel for Defendant—in advance of this submission to notify him of my intent to withdraw.

9. I wish to withdraw as counsel for Plaintiff for all of the reasons above. I pray that the Court understands my reasoning for this request, and grants it.

10. Attached as Exhibit A is a true and correct copy of the Declaration of Mark Lutz in support of my Motion For Withdrawal of Counsel.

11. I declare under penalty of perjury that the foregoing is true and correct based on my own personal knowledge, except for those matters stated on information and belief, and those matters I believe to be true. If called upon to testify, I can and will competently testify as set forth above.

WHEREFORE, Brett L. Gibbs' respectfully requests that the Court grant his Motion for Withdrawal.

**DATED: February 27, 2013**.


Respectfully Submitted,


By:     /s/  Brett L. Gibbs, Esq.

Brett L. Gibbs, Esq. (SBN 251000)
 38 Miller Avenue, #263
Mill Valley, CA 94941
blgibbs@wefightpiracy.com
415-325-5900

*Withdrawing Attorney for Plaintiff*

# **CERTIFICATE OF SERVICE**

The undersigned hereby certify that on February 27, 2013, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system.

/s/ Brett L. Gibbs
Brett L. Gibbs, Esq.