Brett L. Gibbs, Esq. (SBN 251000)
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

AF HOLDINGS LLC,                       )    No. 3:12-cv-04221-SC
                                       )
        Plaintiff,                     )    [~~PROPOSED~~] ORDER GRANTING
                                       )    PLAINTIFF'S MOTION FOR
    v.                                 )    LEAVE TO CONTINUE MOTION FOR
                                       )    WITHDRAWAL HEARING
ANDREW MAGSUMBOL,                      )
                                       )
        Defendant.                     )
                                       )
_____)

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO CONTINUE UPCOMING HEARING**

On February 27, 2013, Plaintiff filed a Motion for Administrative Relief for Leave to Continue Motion for Withdrawal Hearing, the hearing of which was originally scheduled by the Court for April 26, 2013 at 10:00 am. In light of the fact that Plaintiff's counsel will be unable to apear at the hearing as it is currently scheduled, and for good cause appearing,

IT IS HEREBY ORDERED that the hearing on the Motion for Withdrawal of Counsel currently scheduled for April 26, 2013, is continued to **Friday, May 24, 2013, at 10 A.M.**

DATED: 03/05/2013                              _____
                                               Hon. Samuel Conti
                                               United States District Judge

*[Signature and seal: Judge Samuel Conti, United States District Court, Northern District of California]*