Brett L. Gibbs, Esq. (SBN 251000)
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Withdrawing Attorney for Plaintiff*

Steven James Goodhue (Bar No. 109179)
The Law Offices of Steven James Goodhue
2265 Broadway, #7
San Francisco, CA 94115
Telephone: (408) 214-9500
Facsimile: (480) 214-9501
E-mail: sgj@sjgoodlaw.com

*Incoming Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS LLC,<br><br>　　　　　Plaintiff,<br>v.<br><br>ANDREW MAGSUMBOL,<br><br>　　　　　Defendant. | No. 3:12-cv-04221-SC<br><br>**MOTION FOR WITHDRAWAL<br>AND SUBSTITUTION OF COUNSEL** |

**MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Brett L. Gibbs, counsel for Plaintiff AF Holdings LLC ("Plaintiff"), hereby moves the Court pursuant to Northern District of California Local Rule ("L.R.") 11-5, for an order permitting him to withdraw as counsel of record for Plaintiff in this action. Concurrently, attorney Steven James Goodhue hereby moves the Court for permission to be substituted in place of Brett L. Gibbs as attorney for Plaintiff.

As grounds for this Motion:

1. Brett L. Gibbs has been counsel for Plaintiff since the commencement of the action.

2. Brett L. Gibbs wishes to withdraw as counsel for Plaintiff.

3. Brett L. Gibbs has provided written notice of his withdrawal to Plaintiff, pursuant to L.R. 11-5. The client understands and accepts the withdrawal of Brett L. Gibbs.

4. Brett L. Gibbs has provided written notice of his withdrawal to all other parties who have appeared in this case, and there were no objections.

5. Steven James Goodhue is licensed to practice in the Northern District of California, practices in California, and requests that he be designated Counsel of Record on behalf of Plaintiff.

6. Brett L. Gibbs, Steven James Goodhue, and Plaintiff are all in agreement that this withdrawal and substitution are necessary to allow this case to proceed.

WHEREFORE, the Court should grant Brett L. Gibbs' and Steven James Goodhue's Motion for Withdrawal and Substitution of Counsel.

**DATED: March 8, 2013.**

Respectfully Submitted,

By: \_\_\_\_\_/s/ Brett L. Gibbs, Esq.\_\_\_\_\_

Brett L. Gibbs, Esq. (SBN 251000)
38 Miller Avenue, #263
Mill Valley, CA 94941
blgibbs@wefightpiracy.com
415-325-5900

*Withdrawing Attorney for Plaintiff*

Respectfully Submitted,

By: \_\_\_\_\_/s/ Steven James Goodhue, Esq.\_\_\_\_\_

Steven James Goodhue (SBN 109179)
The Law Offices of Steven James Goodhue
2265 Broadway, #7
San Francisco, CA 94115
Telephone: (408) 214-9500
Facsimile: (480) 214-9501
E-mail: sgj@sjgoodlaw.com

*Withdrawing Attorney for Plaintiff*

Approved By:

By: _____

Mark Lutz
CEO of AF Holdings LLC

IT IS SO ORDERED

DATED: _____          _____
                                                    Hon. Samuel Conti
                                                    United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 8, 2013, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system.

/s/ Brett L. Gibbs
Brett L. Gibbs, Esq.