1  Steven James Goodhue (Bar No. 109179)
   The Law Offices of Steven James Goodhue
2  2265 Broadway, #7
   San Francisco, CA 94115
3  Telephone: (408) 214-9500
   Facsimile: (480) 214-9501
4  E-mail: sgj@sjgoodlaw.com

5  *Attorney for Plaintiff*

6              IN THE UNITED STATES DISTRICT COURT FOR THE

7                    NORTHERN DISTRICT OF CALIFORNIA

8

9  AF HOLDINGS LLC,                )   **No. 3:12-cv-04221-SC**
                                    )
10          Plaintiff,              )   **MOTION FOR WITHDRAWAL**
11     v.                           )   **AND SUBSTITUTION OF COUNSEL**
                                    )
12 ANDREW MAGSUMBOL,                )
                                    )
13          Defendant.              )
                                    )

14

15  **TO THE HONORABLE COURT AND ALL PARTIES OF RECORD:**

16  I, Steven James Goodhue, an attorney admitted to the bar of the Northern District of

17 California, hereby enter my appearance on behalf of Plaintiff in the above-captioned case.

18

19
    **DATED: March 7, 2013**.
20
                                              Respectfully Submitted,
21

22

23                                    By:      ____/s/  Steven James Goodhue, Esq.____

24                                    Steven James Goodhue (SBN 109179)
                                      The Law Offices of Steven James Goodhue
25                                    2265 Broadway, #7
                                      San Francisco, CA 94115
26                                    Telephone: (408) 214-9500
                                      Facsimile: (480) 214-9501
27                                    E-mail: sgj@sjgoodlaw.com

28                                    *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certify that on March 7, 2013, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system.

/s/ Steven James Goodhue
Steven James Goodhue