Brett L. Gibbs, Esq. (SBN 251000)
38 Miller Avenue, #263
Mill Valley, CA 94941
415-341-5318
brett.gibbs@gmail.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AF Holdings, LLC, )<br>　　　　Plaintiff, )<br>　　v. )<br>Andrew Magsumbol, )<br>　　　　Defendants. )<br>_____) | **No. 3:12-cv-04221-SC**<br><br>**NOTICE OF UNAVAILABILITY** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Brett L. Gibbs, attorney of record in the above-entitled action, will be unavailable and of the United States during the period from April 12, 2013 to May 2, 2013, and will be unavailable for any matters of any kind including, but not limited to, responding to motions, appearing in court, or responding to discovery matters during that time period.

Respectfully Submitted,

**DATED: April 11, 2013**

　　　　　　　　　　　　　　　　By:    /s/  Brett L. Gibbs, Esq.

　　　　　　　　　　　　　　　　Brett L. Gibbs, Esq. (SBN 251000)
　　　　　　　　　　　　　　　　38 Miller Avenue, #263
　　　　　　　　　　　　　　　　Mill Valley, CA 94941
　　　　　　　　　　　　　　　　Brett.gibbs@gmail.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 11, 2013, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system, in compliance with Local Rule 5-6 and General Order 45.

/s/ Brett L. Gibbs
Brett L. Gibbs, Esq.