IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS,<br><br>       Plaintiff,<br><br>  v.<br><br>ANDREW MAGSUMBOL,<br><br>       Defendant. | No. C 12-04221 SC<br><br>**Clerk's Notice**<br>**Rescheduling Hearing** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the attached certificate of service)

YOU ARE NOTIFIED THAT the *Motion to Withdraw as Attorney* previously set for Friday, 05/24/2013, at 10:00 a.m. has been rescheduled for **Friday, 05/31/2013,** at **10:00 a.m.**, before the Honorable Samuel Conti. Please report to Courtroom 1, on the 17th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: April 29, 2013

FOR THE COURT,

Richard W. Wieking, Clerk

By: /s/ Tana Ingle
Tana Ingle
Deputy Clerk