Steven James Goodhue (Bar No. 109179)
The Law Offices of Steven James Goodhue
2265 Broadway, #7
San Francisco, CA 94115
Telephone: (408) 214-9500
Facsimile: (480) 214-9501
E-mail: sgj@sjgoodlaw.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS LLC, ) | **No. 3:12-cv-04221-SC** |
| ) | |
| Plaintiff, ) | **PLAINTIFF'S MOTION TO CONTINUE** |
| v. ) | **(RESCHEDULE) CASE MANAGEMENT** |
| ) | **CONFERENCE SET FOR MAY 31, 2013** |
| ANDREW MAGSUMBOL, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

Plaintiff AF Holdings, L.L.C. ("Plaintiff"), through its undersigned counsel, hereby moves this Honorable Court to continue (reschedule) the Case Management Conference which is currently scheduled for May 31, 2013, at 10:00 p.m., and in support of this motion, states as follows:

1.     In its Order of April 29, 2013, this Court ordered that the Case Management Conference previously scheduled for May 24, 2013 was rescheduled for May 31, 2013, at 10:00 am.

2.     Plaintiff's counsel is currently scheduled to appear in Weld County District Court in Greeley, Colorado on May 30, 2013 at 8:30 am.

3.     Plaintiff's counsel is also currently scheduled to appear in U. S. Federal Court for the District of Arizona on May 31, 2013 at 02:30 pm.

4.     Plaintiff's counsel is hoping to be present at his 9 year old daughter's year end school assembly in Denver, Colorado on May 31, 2013 at 1:30 pm, where she is receiving the school's Citizenship Award.

5.     On May 20, 2013 and May 21, 2013, Plaintiff's counsel conferred with Counsel for Defendant Magsumbol about the Motion to Continue the Show Cause Hearing, and he has not objection to the granting of the continuance.

6.     The undersigned counsel would further point out to the Court that on April 29, 2013 the Court ordered that the Case Management Statement is due by May 24, 2013. (ECF No. 48.)  Because the Court previously ruled that Plaintiff is required to post an undertaking (ECF No. 45) and Plaintiff is unable to post an undertaking, Plaintiff would anticipate that this case will be dismissed.

Wherefore, Plaintiff respectfully requests an Order of this Court to continue (reschedule) the Case Management Conference currently set for May 31, 2013.

**DATED: May 24, 2013**.

Respectfully Submitted,

By:     _____/s/  Steven James Goodhue, Esq._____

Steven James Goodhue (SBN 109179)
The Law Offices of Steven James Goodhue
2265 Broadway, #7
San Francisco, CA 94115
Telephone: (408) 214-9500
Facsimile: (480) 214-9501
E-mail: sgj@sjgoodlaw.com

*Attorney for Plaintiff*

1

2 **<u>CERTIFICATE OF SERVICE</u>**

3      The undersigned hereby certify that on May 24, 2013, all individuals of record who are
deemed to have consented to electronic service are being served a true and correct copy of the
4 foregoing document, and all attachments and related documents, using the Court's ECF system.

5

6
                                              /s/ Steven James Goodhue
7                                             Steven James Goodhue

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28