1
2
3
4
5
6            IN THE UNITED STATES DISTRICT COURT
7          FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9                                ) Case No. 12-4221 SC
                                 )
10 AF HOLDINGS, LLC,             ) ORDER DISMISSING PLAINTIFF'S
                                 ) ACTION FOR FAILURE TO POST
11          Plaintiff,           ) UNDERTAKING
                                 )
12     v.                        )
                                 )
13 ANDREW MAGSUMBOL,             )
                                 )
14          Defendant.           )
   _____)
15

16          This is a copyright infringement action.  Plaintiff AF

17 Holdings, LLC ("Plaintiff") is a foreign corporation, organized

18 under the laws of Saint Kitts and Nevis.  ECF No. 12 ("FAC") ¶ 2.

19 Defendant Andrew Magsumbol ("Defendant") is a California resident.

20 Id. ¶ 4.  Plaintiff sued Defendant alleging that he infringed the

21 copyright of one of Plaintiff's works.  See id. ¶ 1.

22          On January 1, 2013, Defendant moved to require Plaintiff to

23 post an undertaking. ECF No. 20 ("Mot.").  The Court has inherent

24 power to do so, subject to California law.  See Simulnet E. Assocs.

25 v. Ramada Hotel Operating Co., 37 F.3d 573, 574 (9th Cir. 1994).

26 California law permits courts to require foreign corporations to

27 post an undertaking when suing California citizens, provided that

28 the citizen defendant shows a reasonable possibility of obtaining a

<div style="writing-mode: vertical">United States District Court
For the Northern District of California</div>

United States District Court
For the Northern District of California

1   judgment in the case.  See Cal. Civ. Proc. Code § 1030.  The

2   purpose of this statute is to "enable a California resident sued by

3   an out-of-state resident to secure costs in light of the difficulty

4   of enforcing a judgment for costs against a person who is not

5   within the court's jurisdiction . . . [and] prevent out-of-state

6   residents from filing frivolous lawsuits against California

7   residents."  Alshafie v. Lallande, 171 Cal. App. 4th 421, 428 (Cal

8   Ct. App. 2009) (internal quotation marks and citations omitted).

9        On March 18, 2013, the Court found that Defendant made the

10  requisite showing and accordingly required Plaintiff to post a

11  $50,000 undertaking.  ECF No. 45 ("Order") at 4-5.  The Court

12  stated that Plaintiff would have thirty days to post the

13  undertaking, or else its case could be dismissed with prejudice.

14  Id. at 5.

15       More than thirty days have passed since the Court required

16  Plaintiff to post an undertaking, and Plaintiff has not complied.

17  Nor does it express any intention or desire to do so.  Indeed,

18  Plaintiff's attorneys "anticipate this case will be dismissed in

19  the near future for failure to post this amount."  ECF No. 51

20  ("Pl.'s Case Mgmt. Stmt.").

21       They are right.  Plaintiff's refusal to post the undertaking

22  is grounds for dismissal.  See Lyons v. Wickhorst, 42 Cal. 3d 911,

23  915 n.4 (Cal. 1986) (en banc) (noting that a ground for dismissal

24  with prejudice under a court's inherent powers includes

25  "plaintiff's failure to give security for costs"); see also, e.g.,

26  Atlanta Shipping Corp., Inc. v. Chem. Bank, 818 F.2d 240, 245, 252

27  (2d Cir. 1987) (affirming lower court's dismissal for failure to

28  post security).

1       This case is DISMISSED WITH PREJUDICE.  Plaintiff's motions to

2   substitute and withdraw counsel, ECF No. 43, and to continue the

3   case management conference, ECF No. 49, are DENIED AS MOOT.

4

5       IT IS SO ORDERED.

6

7   Dated: May 30, 2013                    

8                                         UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States **District Court**
For the Northern District of California