Brett L. Gibbs, Esq. (SBN 251000)
38 Miller Avenue, #263
Mill Valley, CA 94941
415-341-5318
brett.gibbs@gmail.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AF Holdings, LLC,<br><br>          Plaintiff,<br>     v.<br><br>Andrew Magsumbol,<br><br>          Defendants. | **No. 3:12-cv-04221-SC**<br><br>**STATEMENT NON-OPPOSITION PURSUANT TO LOCAL RULE 7-3(b)** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that pursuant to Local Rule 7-3(b), Plaintiff is not opposing Defendant's Motion for Attorney's Fees (Doc. #54).

Respectfully Submitted,

**DATED: June 25, 2013**

By:    ____/s/  Brett L. Gibbs, Esq._____

Brett L. Gibbs, Esq. (SBN 251000)
38 Miller Avenue, #263
Mill Valley, CA 94941
Brett.gibbs@gmail.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 25, 2013, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system, in compliance with Local Rule 5-6 and General Order 45.

                                                      /s/ Brett L. Gibbs
                                                      Brett L. Gibbs, Esq.