Brett L. Gibbs, Esq. (SBN 251000)
38 Miller Avenue, #263
Mill Valley, CA 94941
415-341-5318
brett.gibbs@gmail.com

*Attorney of Record for Plaintiff*

IN THE UNITED STATES COURT OF APPEALS

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| AF HOLDINGS, LLC, | ) | No. 3:12-cv-04221-SC |
| Plaintiff, | ) ) | |
| v. | ) ) | **ADMINISTRATIVE MOTION FOR RELIEF TO ALLOW ATTORNEY BRETT L. GIBBS WITHRAW AS COUNSEL OF RECORD PURSUANT TO LOCAL RULES 7-11 AND 11-5** |
| ANDREW MAGSUMBOL, | ) ) | |
| Defendants. | ) ) ) | |

**TO THE HONORABLE JUDGE SAMUEL CONTI AND TO ALL PARTIES TO THE WITHIN ACTION:**

Brett Langdon Gibbs hereby files this administrative motion Court pursuant to Northern District of California Local Rules 7-11 and 11-5 to withdraw as counsel of record in the above-captioned matter. This motion is supported by good cause for withdrawal as required by Local Rule 11-5 as laid out below and in the Declaration of Brett Langdon Gibbs attached hereto (hereinafter "Gibbs Decl."). At this time, Steven James Goodhue is listed an "ATTORNEY TO BE NOTICED" in this case, thus AF Holdings LLC will not be without counsel if the Court grants Mr. Gibbs' motion.

## SUPPORTING FACTS AND GOOD CAUSE

Mr. Gibbs has good cause to bring this administrative motion. First, he no longer works as "Of Counsel" for Prenda Law, Inc., the firm who actually represents AF Holdings, LLC in this matter. (Gibbs Decl. ¶ 2). Second, Mr. Gibbs is not being paid by either Prenda Law, Inc. or AF Holdings LLC (or anyone else for that matter) to continue to act as an attorney of record in this matter. (Gibbs Decl. ¶ 3). This is a financial burden for Mr. Gibbs. (*Id.*) Third, virtually all client contacts were done through supervising attorneys at Prenda Law, Inc. (Gibbs Decl. ¶ 4). Months ago, before ending his relationship with Prenda Law, Inc., Mr. Gibbs was informed (and assured) by Prenda Law, Inc., and his supervising attorneys, that Mr. Gibbs would be provided substitute counsel to take Mr. Gibbs' place as attorney of record in this matter. (Gibbs Decl. ¶ 5). On or about March 8, 2013, attorney Steven J. Goodhue appeared in this case. (Gibbs Decl. ¶ 6).[1] I believe that Mr. Goodhue is licensed to practice in the State of California and, specifically, the Northern District. (*Id.*) Fourth, on February 27, 2013, Mark Lutz, the alleged CEO of AF Holdings LLC, signed a declaration stating that he approved of the withdrawal of Mr. Gibbs. (Attached hereto as Exhibit A). Fifth, Mr. Gibbs believes that his withdrawal in this matter is "***mandatory***" under the California Rules of Professional Conduct. (Gibbs Decl. ¶ 7). If the Court needs more information as this mandatory withdrawal, Mr. Gibbs is prepared to submit further information on this, or another court, through an *in camera* review or otherwise. (*Id.*) Mr. Gibbs has notified all parties, including AF Holdings, of this motion pursuant to Local Rule 11-5(a). (Gibbs Decl. ¶ 8).

///

///

///

---

[1] A motion to substitute counsel was filed at that time, but that motion was denied as "moot" because the case was dismissed by the Court with prejudice. Despite this dismissal, Mr. Gibbs is still on record as an attorney for Plaintiff, and, for instance, keeps receiving ECF/PACER notifications from the Court.

For this good cause shown, Mr. Gibbs respectfully requests that this Court grant the instant motion and relieve him as counsel of record for AF Holdings LLC in this matter. Mr. Gibbs further requests that he not receive any automatic alerts on this matter through the ECF/PACER network, or otherwise.

Respectfully Submitted,

**DATED: June 26, 2013**

By: \_\_\_\_/s/  Brett L. Gibbs, Esq._____

Brett L. Gibbs, Esq. (SBN 251000)
38 Miller Avenue, #263
Mill Valley, CA 94941
brett.gibbs@gmail.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 26, 2013, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system, in compliance with the Local Rules.

                                                /s/ Brett L. Gibbs
                                                Brett L. Gibbs, Esq.