Brett L. Gibbs, Esq. (SBN 251000)
38 Miller Avenue, #263
Mill Valley, CA 94941
415-341-5318
brett.gibbs@gmail.com

*Attorney of Record for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AF HOLDINGS, LLC, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ANDREW MAGSUMBOL, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | **No. 3:12-cv-04221-SC** <br><br> **DECLARATION SUPPORTING ADMINISTRATIVE MOTION FOR RELIEF TO ALLOW ATTORNEY BRETT L. GIBBS WITHRAW AS COUNSEL OF RECORD PURSUANT TO LOCAL RULES 7-11 AND 11-5** |

I, Brett L. Gibbs, declare as follows:

1. I am an attorney at law licensed to practice in California, and admitted in the Northern District Court. My business address is 38 Miller Avenue, #263, Mill Valley, CA, 94941. I am currently counsel of record for Plaintiff in this matter. Mr. Steven J. Goodhue is also counsel of record in this matter.

2. I no longer work as "Of Counsel"—or in any other capacity—for Prenda Law, Inc.

3. I am no longer being paid by either Prenda Law, Inc. or Plaintiff AF Holdings LLC. (or anyone else for that matter) to continue to act as an attorney of record in this matter. This is a financial burden for me.

4. When I was working with Prenda Law, Inc., virtually all client contacts were done through supervising attorneys at Prenda Law, Inc.

5. Months ago, before ending my relationship with Prenda Law, Inc., I was informed (and assured) by Prenda Law, Inc., as well as my supervising attorneys, that I would be provided substitute counsel to take my place as attorney of record in this matter.

6. On or about March 8, 2013, attorney Steven J. Goodhue appeared in this case. Upon information and belief, Mr. Goodhue is licensed to practice in the State of California, and, specifically, the Northern District.

7. I believe that my withdrawal in this matter is "***mandatory***" under the California Rules of Professional Conduct. If the Court needs more information as this mandatory withdrawal, I am prepared to submit further information on this, or another court, through an *in camera* review or otherwise.

8. I have notified all parties, including AF Holdings LLC (i.e. Mark Lutz), of this motion pursuant to Local Rule 11-5(a).

9. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct based on my own personal knowledge, except for those matters stated on information and belief, and those matters I believe to be true. If called upon to testify, I can and will competently testify as set forth above.

**DATED: June 26, 2013.**

By: \_\_\_\_/s/ Brett L. Gibbs,_____