# EXHIBIT A

1  Brett L. Gibbs, Esq. (SBN 251000)
2  38 Miller Avenue, #263
   Mill Valley, CA 94941
3  415-325-5900
   blgibbs@wefightpiracy.com
4  
   *Attorney for Plaintiff*
5  

6              IN THE UNITED STATES DISTRICT COURT FOR THE
7  
                    NORTHERN DISTRICT OF CALIFORNIA
8  

9  AF HOLDINGS LLC,                    )   No. 3:12-cv-04221-SC
                                        )
10                                      )
          Plaintiff,                    )   **DEPOSITION OF MARK LUTZ**
11                                      )   **SUPPORTING MOTION FOR**
     v.                                 )   **WITHDRAWAL OF COUNSEL**
                                        )
12 ANDREW MAGSUMBOL,                    )
                                        )
13        Defendant.                    )
                                        )
14 _____)

15           **DECLARATION OF MARK LUTZ IN SUPPORT OF**
                **APPLICATION FOR EXPEDITED DISCOVERY**
16 
17     I, Mark Lutz, declare as follows:

18     1.   I am the CEO of AF Holdings LLC, the Plaintiff in this matter.

19     2.   I recently discussed Mr. Brett Gibbs' intent to withdraw as counsel of this case, and
20          we agreed that Mr. Gibbs' withdrawal would be best for Plaintiff in this suit.

21     3.   I was told by Mr. Gibbs that AF Holdings LLC must retain California counsel within
22          a reasonable amount of time as the LLC cannot go forward on its own without
23          counsel. I understand this requirement and I assured Mr. Gibbs that I would be
24          actively looking for California counsel to litigate this case in his absence.
25  
26     4.   I declare under penalty of perjury that the foregoing is true and correct based on my
27          own personal knowledge, except for those matters stated on information and belief,
28  

                                          2
   DECLCARATION OF MARK LUTZ SUPPORTING MOTION TO WITHDRAW    No. C-12-04221 SC

and those matters I believe to be true.  If called upon to testify, I can and will competently testify as set forth above.

DATED: February 27, 2013

By: _____ *[signature]*

3

DECLCARATION OF MARK LUTZ SUPPORTING MOTION TO WITHDRAW    No. C-12-04221 SC