Brett L. Gibbs, Esq. (SBN 251000)
38 Miller Avenue, #263
Mill Valley, CA 94941
415-341-5318
brett.gibbs@gmail.com

*Attorney of Record for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| AF HOLDINGS, LLC, | ) | **No. 3:12-cv-04221-SC** |
| | ) | |
| Plaintiff, | ) | **[PROPOSED] ORDER GRANTING** |
| v. | ) | **ADMINISTRATIVE MOTION FOR** |
| | ) | **RELIEF TO ALLOW ATTORNEY BRETT** |
| ANDREW MAGSUMBOL, | ) | **L. GIBBS WITHRAW AS COUNSEL** |
| | ) | **OF RECORD PURSUANT TO LOCAL** |
| Defendant. | ) | **RULES 7-11 AND 11-5** |
| | ) | |
| | ) | |

For good cause shown, Mr. Gibbs' Administrative Motion for Relief to Allow Attorney Brett L. Gibbs to Withdraw as Counsel is hereby GRANTED, and attorney Brett L. Gibbs shall be terminated from this matter as of the date of this Order.

**IT IS SO ORDERED.**

DATED: June 26, 2013.

_____
Hon. Samuel Conti
United States District Judge