UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| AF HOLDINGS, LLC., | Case No. 3:12-cv-04221-SC |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING MOTION FOR <u>ATTORNEY FEES</u> |
| ANDREW MAGSUMBOL | |
| Defendants. | |

The Court having read the papers and considered all pleadings on file, and for good cause shown,

1) Defendant's Motion for Attorney's Fees pursuant to 17 U.S.C. § 505 is GRANTED in its entirety; and
2) Plaintiff shall pay Defendant's reasonable attorney's fees in the amount of $3850.

IT IS SO ORDERED.

Dated: July 29, 2013

UNITED STATES DISTRICT JUDGE