Nicholas Ranallo, Attorney at Law #275016
371 Dogwood Way
Boulder Creek, CA 95006
Telephone No.: (831) 703 - 4011
Fax No.: (831) 533-5073
Email: nick@ranallolawoffice.com
Attorney for Defendant Andrew Magsumbol

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS, LLC., <br><br> Plaintiff, <br><br> v. <br><br> ANDREW MAGSUBMOL <br><br> Defendants. | Case No. 3:12-cv-4221-SC <br><br> Honorable Samuel Conti |

### DEFENDANT ANDREW MAGSUMBOL'S NOTICE OF SATISFACTION OF JUDGMENT

Defendant Andrew Magsumbol, by and through his undersigned attorney of record, acknowledges satisfaction of the Judgment against plaintiff AF Holdings, LLC for attorney's fees and costs entered in this matter on July 29, 2013.

DATED: December 6, 2013          NICHOLAS RANALLO, ATTORNEY AT LAW

By: _____/s/ Nicholas Ranallo
Nicholas Ranallo (Cal Bar # 275016)
Attorney for Andrew Magsumbol
371 Dogwood Way
Boulder Creek, CA 95006
(831) 703-4011
Fax: (831) 533-5073
nick@ranallolawoffice.com

## CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that on this 6th day of December, 2013, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system and served on all of those parties receiving notification through the CM/ECF system.

/s/           Nicholas R. Ranallo

Nicholas Ranallo, Attorney at Law